No. 1,745.—D. L. S. BARKER, ADMINISTRATOR, APPELLANT,
v. MARCELLA S. BARKER, RESPONDENT.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

On motion to dismiss appeal.

Decided June 12, 1905.

PER CURIAM.—Upon motion of appellant this appeal is by the court dismissed.

*Mr. Fletcher Maddox,* and *Mr. H. G. McIntire,* for Appellant.

*Mr. T. E. Brady,* and *Mr. Wm. G. Downing,* for Respondent.